NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT LEE COON,                        )
                                        )
                Appellant,              )
                                        )
v.                                      )        Case No. 2D18-1749
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____ )


Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle,
Judge.

Marcus Lee Coon, pro se.


PER CURIAM.


                Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.